the fourth district appellate court of the state of illinois has now convened the honorable craig hd armand presiding morning council will call 4-22-0405 people in the state of illinois versus bruce melvin good counsel for the appellant please state your name for the record this is gregory peterson of the office of the state appellate defender for bruce melvin thank you mr peterson good counsel for the appellate please state your name for the record thank you honor david robinson for the people of the state of illinois thank you mr robinson mr peterson you may proceed may it please the court counsel my name is gregory peterson of the office of the state appellate defender i'm i'm here for bruce melvin mr melvin pleaded guilty to two crimes and he was registered as a sex offender for two crimes one of the crimes is not a sex offense and the we're asking for the the court to void the conviction that he is factually innocent of or in the alternative withdraw the plea in its entirety so before i delve into the specifics i would like to clarify the the organization and the interaction between the different sections of argument in my brief um our first request is to leave the plea negotiation in place except for the conviction that is factual that is void in the all we'd also like the sex offender registration to be corrected to reflect the law and as a alternative option for this court that is a fallback option for us to withdraw the plea entirely largely due to the lack of factual basis for that conviction so i'd like to begin with this issue of voidness this court's decision in people versus white established what virtual presence means for sexual exploitation of a child it does not mean text messaging it does not mean still photos that statute is drawn from what was originally meant to be an in-person though not necessarily hands-on offense it was you had to commit the offense in the presence of a child when they added excuse me good morning good morning something more than that we have a conversation during which these photos were transmitted that's different than white is it not it's different than white your honor but not in a way that matters the the why not the the clear intent of the legislature in this statute is to deal with the sending of live videos live images it's meant to simulate being in person um much like we're doing right now on zoom i think of an intermediate option would be for instance a telephone a telephone call that is closer to in person closer to presence similar to what the second district appellate court briefly did for oral arguments this on zoom is significantly more representative of what would happen if i was before you in person right now so while the text message is going back and forth at the time the pictures are sent that is a level of um timing of immediacy that's that's not present in white it's not a level of presence that's not available in white the imagine if the conversation had suddenly stopped it would have the feeling of texting someone and they've stopped texting you they must have been called away as opposed to if someone that you're speaking to in person suddenly leaves mid conversation without warning but we don't know from this record that it stopped i mean we have a limited record this was a police situation right this was a police situation but the the facts below are not in dispute at any point the the state's attorney's uh statement after the plea the factual basis that was proffered it all lines up we have a text message based conversation and the sending of four still photos from mr melvin to these two potentially three police officers um that's all we have here mr peterson may i inquire you say that's all we have and that kind of is the point we don't have the kind of record that we had in white and you're asking us to make a determination a legal determination based on a very limited record which constitutes just a bare bones factual basis and a stipulation by council that the state was capable of establishing the elements of the knowing intelligent and voluntary plea acknowledging that he is guilty of each of those two offenses that's significantly different than the situation in white where the state presented all the evidence they had and what it consisted of was some still photographs no conversation uh no interaction between the two parties and in fact although we didn't reach it i think it was referenced in the my special concurrence even the pleading even the document itself the charging document was defective here there's your you don't question the legality or propriety of the document itself the charges themselves were properly alleged you're just saying that the factual basis wasn't sufficient and you're using white actually you're using the obiter dicta of white as justification for that conclusion aren't you uh no your honor everything in this record indicates that there was no video at any point uh if there was you're saying that absent video there is no crime this crime yes your honor i would be comfortable drawing that as a bright line okay because that that's what this crime is meant for this this sexual exploitation of a child is meant for in the presence of a child or in the virtual presence of a child and there there are other crimes that could have been charged here and i i don't want to speculate about the sufficiency of the evidence on that point but i i would i would say there there are certainly other situations that could apply here but still photos text conversation and there there's not only no indication of video but i i think it's a reasonable assumption that if there had been any videos sent the state would have mentioned that that would have been a hugely incriminating fact we don't have around i'm sorry sorry how do you get around the uh the definition of webcam including means of video capturing device connected to a computer or computer network that is designed to take digital photographs or live or recorded video which allows for the live transmission to an end user over the internet aren't digital photographs included within that definition within the definition of webcam your honor yes but not within the definition of virtual presence well all it says in virtual presence is an environment created with software and presented to the user and or receiver via the internet which is what we have here right yes okay in such a way that the user appears in front of the receiver on the computer monitor or screen or handheld portable electronic device which your client did usually through a web camming program not exclusively usually through a web camming program virtual presence includes but it doesn't say that it's limited to primarily experiencing through sight or sound or both a video image that can be explored interactively at a personal computer or handheld communication device or both but then you have that troubling language in the webcam definition which includes digital photographs so how is it that you exclude the transmission of digital photographs from the definition of virtual presence in this instance i do that under white your honor uh snapchat can also take video uh if if that that's the that's the point that it didn't and all they had were a series of photographs sent cold no conversation before or after and the conclusion i think was proper the question is maybe we went a little too far in providing explanations or examples and and if so then as obiter dicta is that necessarily going to be controlling in any other case well first of all your honor i would say there was a conversation happening before in white as well although not sexual in nature white says that snapchat was the primary means of communication between this coach and the track team but no conversations during before or after these photographs yeah they use that media to converse but that wasn't going on at the time those photographs were sent yes your honor i simply mean that it was not an out of the text message to a stranger miss white knew the victim oh sure sure um but but i would say that the the fact that the same device could take photographs or video does not mean that any photograph taken on such a device transports you to the virtual presence i i think the vast majority of photos that are taken these days except for those that are taken on physical cameras are taken on devices that could also take video sending one of those in a one-off situation does not put you in a virtual presence of someone and sending them in the middle of a text-based conversation doesn't either well but we don't know that's the problem with the inadequacy of record we have we don't know whether in the midst of the text conversation he says and i'm sending you a picture of me right now and so he begins interspersing his conversation with this what he believes to be a 16 year old girl with still digital photographs of him at that time in that moment in time during the conversation and that they discuss what's in the photographs or or there's conversation about the photographs so that he is in fact in her virtual presence in a digital still format as opposed to video but it is an ongoing conversation we have no idea whether it's that or whether it's just pictures that he had in a file somewhere and he intersperses them in his conversation with her but we don't have a record that tells us what that is what we do have is the state indicating in their factual basis that they have all of the elements of each of the offenses and your client then admitting that yes he's guilty of both of those offenses and counsel stipulating that if the we would stipulate that if this case were to proceed to trial the state would be able to produce witnesses and evidence to substantially support the allegations meaning the charges that's right your honor we're and that's why we're saying that's ineffective assistance she had the statute wrong and white was out there for her to read she could have read your special concurrence in white that specifically said live images in person or through video well then we get to the question of whether even if that were error does it constitute plainer yes your honor it does it's it's second prong plain error uh i i think the best route to find that would probably be through people versus mccarty well mccarty had both a defective charging instrument and a defective factual basis have you looked at people versus shanks and i'm not sure okay 2022 a lap forth 210-656 we talk about the sufficiency of a factual basis in that particular case we're talking about um a factual basis in a petition to revoke probation but we point out that the original charge and we found in that case that even though it might be errored to permit the stipulation to serve as a factual basis for the defendant's guilty plea that doesn't constitute plain error we find that if the defendant feels that a factual basis for his plea is lacking that the trial court is the place to raise that contention defense counsel in that case stated that she believed the state could put on sufficient evidence to carry its burden essentially stipulating as the factual basis almost exactly what counsel did in this case and we found in shanks that all right it might be error but it doesn't constitute a plain error well with your permission your honor i i um obviously i'm not at present moment familiar with the details of shanks but i would say even if it's not plain error it's of counsel okay that that to the degree it wasn't raised before trial court it was due to counsel's misunderstanding of the elements of the crime and and we also see that or counsel's or counsel's knowledge that his client wants to take advantage of a good deal that's going to basically absorb this case into a 10-year sentence he's already going to have to serve anyway so they effectively serve nothing on this case there i disagree your honor because um ms matoyer didn't simply did she act affirmatively represented to the court that the evidence was sufficient to meet the elements of both charges and in your degree wouldn't you that your client throughout the the case was pretty good at making it clear when he didn't agree or like something that was going on and he was pretty quick to vocalize any objections or concerns that he had at any point wasn't he yes your honor and so the absence of that can't we take into account the fact that in spite of his willingness to voice his objection at any stage of the proceedings when he doesn't agree with something that's going on his failure to do so when specifically asked about the would be an indication that perhaps he wanted this plea to go through because he knew it was going to get absorbed into his 10-year sentence in the other case with an 18-month msr which in fact would be the the controlling msr in a context in a consecutive sentence so he was getting a plea in this case with basically nothing i disagree your honor and it's based on the fact that for one thing his attorney would have told him that he was that what he had done satisfied the elements of the crime and mr melvin's not a lawyer that was his attorney's advice that he was mr melvin wasn't reluctant to represent himself when he chose to do so from time to time right that's that's correct your honor he was represented by counsel here and the other i would point out here is that the prison sentence the jail sentence that mr melvin was receiving here wasn't the only consequence it was sex offender registration and if mr melvin had known that a crime that he did not commit was the only reason that he was ending up on the sex offender registry i think it's fair to say on this record that he would have spoken up but his his counsel specifically tells him and tells actually they said that they both apply yes okay so it's not like he didn't already have in his mind the realization that he's he might get dinged for sex offender registration because they're telling him they both apply they're telling him they both apply but that's two errors not zero errors the the one that he did i'm sorry i apologize the point of the question wasn't um whether they were error or not the question was what effect that had on the state of mind of the defendant at the time of the play he was aware at least his thinking at that point in time was that he was going to have to register as a sex offender no matter what that's correct your honor and that's because his attorney gave him two pieces of faulty information if mr melvin had known there's no way on the facts that the state has charged you with and also mr melvin knows what happened on the i think night in question it may have been the day but if he knows what happens and if competent counsel had told him this they cannot possibly get a conviction on this and the other one's not a sex offense i think it's fair to assume uh to assume here that he he would have accepted even a larger sentence to avoid the registration but we don't even know what all the evidence was see it's not like it's not like all the evidence was out there and the lawyer is saying they can't convict you of this we don't know that your honor there's absolutely no dispute on this record that there was no video sent that there was no live image to send i'm sorry i apologize i i keep forgetting that you're limiting the offense to only video i'm sorry i i'm limiting it your honor to live images or video in the virtual presence sense i think that follows both from the majority opinion in white but also especially your special concurrence and i apologize i've taken up so much of your time uh asking the questions please go ahead with so i have a question yes your honor did the factual basis that the state gave indicate that defendant was in the virtual virtual presence of the child or the person who he thought was a child are you saying did they specifically i'm saying does the factual basis use the phrase virtual presence no your honor does that matter um i i think it would not matter given the low given the very state-friendly standard review for a factual basis challenge if there were facts anywhere in this record from which this court could consider that that element was met that would be one thing but what we have here is nothing in the entire record that meets virtual presence and no bare allegation of virtual presence that that the the defendant stipulated to and i think that does matter and i um i do agree with justice de armand's statement that the error about the msr is is no longer a controlling error here at the time we briefed this case his other appeal was still pending but the problem here is the factual least considered to be the most serious consequence admittedly a collateral consequence of this plea the sex offender registration simply should not have been there mr melvin was not charged with a sex offense that he committed so we would ask that you uh void the void conviction or in the alternative allow him to withdraw his plea thank you thank you mr peterson you will get an your honor's defendant is asking this court to address a series although a limited series of very important questions having failed to preserve a single one of them at his motion to withdraw a plea hearing a single one of them had defendant bothered to do this the state could have made a record potentially connecting these digital dots which the state believes is an important aspect of white now keep in mind as this court is i think pointed out and stole a little bit of the thunder here with the questioning is that uh white uh emanated from a bench trial where evidence was presented in fact a a significant amount of evidence in that case i think was presented uh to my recollection um that may not have even necessarily been presented in front of a jury because it was a bench trial so the the record was very fruitful about what the facts were in that and and what the limits were here well we have here excuse me may interrupt for just a minute though while you're talking about this weren't the photos uh that were sent here sent via text messaging and they were still photos correct no um they were still photos but they were not sent via text message defendant represents that they were sent via text message they were not they were sent by uh mode referred to as facebook messenger uh it's similar to go ahead how is that different it's similar to text messaging but interestingly um but you know and again this is why having having a record of something like this if you had a pre-trial motion on it or had some argument about it below at the motion withdrawal plea would be important because we could have presented evidence to the effect that facebook messenger is more of a virtual reality format than typical telephone texting is if that makes sense say that one more time right i was just gonna say that one more time because i think this is an important point and i would like to understand it also it's a vital point and and this is why i believe forfeiture is so important here had this been presented below the state would have had an opportunity to present evidence that facebook messenger is more of a virtual reality format more of a virtual reality format than simple text messaging from your phone which is how the defendant would like this to be described so how how is it i apologize i am not a technologically savvy i know some things but this is very important to this case so i can just tell you my experience because again the record's completely devoid of this because the state was robbed of the opportunity to present every any evidence on this however my personal experience is that uh direct messenger messaging especially the way that my my daughter engages in it is that you go back and forth with someone more directly and more interactively than you would in a typical text messaging so when my wife text messages me on the phone maybe she sends a couple of pictures of things from the pantry that she needs for me to pick up on the way home from work i may not get that text message until we get finished with the oral argument but when my daughter for example is text or direct messaging her friends in a format or or on a platform like facebook or instagram that is a more can be and often is a more interactive form it's a virtual the whole point is they want it to be a virtual interaction now i don't know if that's necessarily what happened here or what applications on that platform were applied because again our whole point is as justice de armand has pointed out as justice zinoff has pointed out the state was robbed of that opportunity because when when this appellate brief was filed in this case it's the first time anyone had ever heard this argument so it this goes back to the point about the definition of a webcam and whether still photographs uh uh taking that taking that the answer is they absolutely can all a video is is a is a digital format of strung together still photographs so and again these are all the things that could have been presented had the defendant bothered to argue any of these issues below we could have presented evidence about how how digital uh formatting works differently from polaroid photographs which are which are referenced in in the white case um these are all issues these are this is a very significant and important issue uh that again was not preserved the state was totally robbed of an opportunity to make its argument and i'm i'm expressing to this court now a firm belief that it is not simply limited to zoom type in interactions is that the easiest example yes but that's not a floor zoom is a ceiling i mean obviously the most direct form of virtual presence is zoom we're in the the most direct form of virtual presence now but i suspect that we could bring someone who's sharp as an expert on these issues to talk about virtual reality and what uh virtual presence can mean in different forms uh you know the kids in my neighborhood play this game called roblox uh where they're in a virtual uh interaction and it's it's it's in space and time but rather than being depictions of themselves they're different characters does that make it less of a virtual presence they can communicate with each other they can interact with each other i don't know the answer to that but what i do know is this record is completely devoid of the opportunity for the court or more importantly uh for the state or more importantly the court to be able to make a determination about an important issue like this mr why couldn't the state have put that in their factual basis you say they were robbed of the opportunity well who robbed them uh the defendant well did the defendant tell you what to put into the factual basis no but what i mean by that and i don't mean to be flippant your honor but what i guess my point is um when you're taking a factual basis just the reality of it when you're taking a factual basis as you know for a defendant who's already spending a decade in department of corrections on these crimes given the the totality of circumstance and the context you're presenting a sufficient factual basis for the retrospect have included a lot of additional information using the phrase virtual presence probably but what i can say is it's a factual basis not a legal basis and we presented a factual basis the defendant agreed to it there was no surprise there he understood what he was pleading guilty to mr robinson the first sentence of the factual basis says on march 10th of 2021 this defendant was privately messaging a facebook page titled brit may doesn't that in and of itself by implication indicate that it's it's facebook messaging it is and i don't i don't think there's a dispute about whether it is facebook messaging i think the uh the defendant used the terminology texting here because it was i mean i guess the court would have to ask the defense why they use that um but yes i mean this is this was a facebook interaction it's a it is literally a virtual platform that's that's what facebook is that's what instagram is and um if there's any surprise about that this should be viewed in the light most favorable to the state i mean that's why we were um we were heavy on the broad standards of review because this feels like a case challenging the sufficiency of the state's evidence in the defendant's brief which is completely unfair to the state this was this is an appeal from uh a challenge or a motion to withdraw a guilty plea where none of these claims were ever made counsel um i don't do facebook and i never will i don't even understand it but isn't there called facetime and aren't you confusing facebook messaging with facetime in your argument it seems like to me you are from what my limited knowledge is i i know it would seem that way judge but i can assure you i'm not confusing facetime with facebook and instagram so facebook is a platform uh it's about great book messaging correct and and that's run by facebook which is a run by a company called meta that also runs instagram they have different interactions uh on that platform all the way from photographs to to what they refer to as reels um they also have real-time interactions facetime judge i think is what you're referring to it's i think it's like an apple product it's on your phone so it's like a a uh a face it's like a zoom type one-on-one interaction discussion uh between two individuals uh it's like a phone call with with a webcam basically um which to me that clearly then would be virtual presence wouldn't it a hundred percent a hundred percent again our argument is that that's a that's a ceiling not a floor uh that's the easiest uh i mean obviously if he was facetiming a police officer in this case dressed up as a 16-year-old girl um sending these photographs by um uh by virtual presence even if they were polaroids and he was holding them up while he was on a facetime interaction that would clearly be virtual presence again the state's position is that's a ceiling not a floor and that there are that there are interactions below that most obvious type that the general assembly intended to be covered by the statute and again had i hate to sound like a broken record here but had any of this been addressed below the state could have taken the opportunity to bring in evidence to help educate the parties and the court about uh what this interaction was what platform they were on how the police utilized the platform we have none of that on this record and so i would just remind the court again people versus white dealt with um a situation arising from a bench trial here we're simply uh dealing with an appeal from the denial of emotional withdrawal plea where none of these things were argued i'll also point out you know justice turner um you you made a note about the factual basis and i i think over time i've come to understand the appellant's opening argument to feel more to the state like a combination of an attack on the factual basis and a flat-out challenge to sufficiency of evidence i think the sufficiency of the evidence question is an easy one to answer this is not the appropriate form for that challenge as to the factual basis i would simply say that it's a very low threshold and i think justice de armand pointed out the the shanks case but there's a number of cases uh in that line that talk about factual bases and and um the fact that as i said before it's a factual basis it's not a a legal basis combined with the facts and intertwined with the facts of the case basically we're asking as this court well knows we're asking the defendant if we presented this material do you agree that we would be able to prove it um it's just one of those safeguards uh that's that's institutional important in our system of criminal justice to make sure that um mr robson that argument and i might just agree with that i don't i haven't really decided yet seems to be one or akin to invited error or acquiescence but uh is there a distinction there well are you arguing in the in the acquiescence or invited error it is and i and i can tell you we and we made note of this in our brief your honor i we are sympathetic to the argument that that a defendant can never and should never be permitted to plead guilty to a crime that is not a crime that that is just that's fundamental to our system of criminal justice and we we would not stand behind that that is not what happened the the the defendant in this case is parlaying an argument related to a factual basis into a challenge to the construction of a statute vis-a-vis an application of the facts of this case now if that sounds complicated that's because that's where we're at um the he pled guilty to these crimes knowing that the state had a particular set of evidence and he agreed he said yes you could prove me guilty based on the evidence you have now do we know all the evidence the state has not even close we know what we include in the factual basis which is which is the basement bottom floor as is in most cases what the state would be prepared to prove at trial um but all of the evidence related to the most important issue in this case which is let me start this amounts to a virtual present i'm sorry touch is your argument then that the factual basis does demonstrate virtual presence the factual basis given yes but i i hesitate because i want to be clear because the factual basis is not presented to prove a particular single element it's it's presented to show what the state would prove what what the state would present to prove the crime was committed which includes elements as in this case virtual presence um i know that sounds convoluted but i just want to be clear we didn't put on the factual basis to show there was a virtual presence because in large part this was not no one brought this up so so ironically i think defense counsel has inadvertently stumbled on a key point when he said that he thinks other crimes could have been charged right well the key point here is other crimes could have been charged and and part of the reason they weren't is that and we don't know this for sure but there's there there are plea negotiations going on behind the scenes there there are crimes that we present and charge and and ultimately get pled based on the totality of circumstances in this case including the fact again i can't emphasize this enough defendant was spending a decade in prison already this was going to be um a concurrent sentence and so these are all things that that are that are considered and a defendant saying hey defense attorney frankly coming to the state and saying hey wait a minute i don't think you could you could prove virtual presence for this uh misdemeanor and low-level felony um why don't you go back to the drawing board and come up with a better felony is insanity no defense attorney would ever do that and i don't know that's what happened here but i suspect it probably is something akin to that happened but again we don't know that because the record is completely devoid of it and if he's got a challenge that his counsel was ineffective this is the type of challenge that could only be resolved through a collateral attack calling the defense attorney a third stage hearing and saying how did this come about what happened were you unaware of this potential challenge in white to the virtual presence uh and if so what do you make of it um that's that's what those collateral attacks are for uh this is not the forum where none of this has ever been presented below um uh should be if i could interrupt you there a second mr rom said it seems you're suggesting then um if there is a claim of ineffective assistance of counsel and there clearly is here uh that would best be brought on a pc right is that what you're saying instead of here with correct judge and without without acknowledging that there is any merit to such a claim i would say at best that's where such a claim should be made so that defense attorney would have as a professional courtesy at the very least the opportunity to say no i know exactly what i'm doing um i got this guy a great deal are you kidding me look what he got um these are uh these are issues that uh that defense attorneys deal with all the time in interactions with prosecutors i had one other uh it's not really a question so much as it is a comment before you're out of time here's i noticed on uh in distribution of harmful material the state included the phrase to a person believed to be a minor that language appears in sexual exploitation of a child but it does not appear in the statute uh on distribution of harmful material i'm just curious why if you know because it seems odd the state would put that into the count um because it's not part of the statute and if it i don't know it seems like to me it may be problematic but as far as i know i'll ask this question it's not raising this appeal anyway right i i don't know judge but i would have a i would have an answer for that because one of the things as prosecutors that we uh that we are keen to do is to ensure that when we file a charging instrument that we are doing our level best to inform the defendant of not just the charge but the factual basis for the charge so because this was what i would refer to as a sting type operation um you you would not want the defendant to be led down the path of believing that somehow there was i see that my time has expired may i finish very briefly finish your answer that that there may that there may have been another set of facts where there was a 16 year old girl so that the the two crimes were directed at uh the same series of events in the same sting operation yeah i i think you might have missed my point though um this material was not distributed to a minor whereas in the sexual exploitation of a child it only had to be done in the presence or virtual presence of a minor or someone defendant believed to be a minor so that is in that statute whereas it's not in the statute regarding distribution of harmful material so be it all right thank you counsel mr peterson rebuttal thank you your honor i i'd like to begin with uh justice turner's last question um subsection g of the distribution of harmful material statute does include the phrase he or she believes is a minor um even though the earlier sections don't so subsection g g as in my first name your honor um thank you i appreciate that yes so to the degree that this two sections seem to be in conflict with each other um that a charging instrument attack on appeal that wasn't brought below where there is an ambiguity rather than an error was not something that we thought um could carry the day but i i would i would also like to begin with uh the the state's technological representations which are categorically false um for one thing everything that you can do on facebook messenger you can do on snapchat the same characteristics are there in white um but to the degree to which uh mr robinson's children or my students when i was middle school teacher are instantly answering the phones and if you call mr robinson or i right now we would not answer our phones that's about us not about the technology that the the kids are using that we are not um facebook messenger does have a button that you can press that brings you into a zoom style live video chat sms texting standard issue text messaging um on any apple phone can take you instantly into facetime which again is a zoom like feature there's no evidence in anywhere in the record not simply in the state's factual basis that that happened it's unclear how it could have happened given the fact that this was a sting operation and it's also something that we can presume that the state wasn't holding back because of how incriminating that would be this would not be an issue that anyone could dream of raising if they were video chatting back and forth that's that's exactly what white says is virtual presence but i would like to talk a bit about the idea that not everything has to be in the factual basis that's absolutely true before you get there could we just um stay with the technology in a minute or for a minute so are you saying that there has to be a video component in order to have virtual presence i think i am your honor um i i think given the fact that virtual presence is meant as an extension of presence there are other statutes um attempted grooming for instance where you're doing things by text messages where you're doing things frankly by telegram this is a statute that grew out of things that you do when you are in the room with either a child or someone you believe to be a child um and to the degree to which traditional uh the the technology term is sms but i don't know what the acronym stands for but text messaging and facebook messenger these can be handled on the exact same app on a phone i have multiple friends that have one app that compiles all of their text messages facebook messages twitter direct messages instagram messages into a single app and when video chat happens that's when it becomes different that's when you're seeing their their the power dynamic of an adult talking to you matters all of the on appeal is exceedingly friendly to the state it's if whether there's a basis anywhere in the record and and here the factual basis isn't the only moment that the state said what evidence it had there's a preliminary hearing where the officer recites what he did and what happened there's the factual basis there's the official state's attorney's statement of the offense after the fact not a single one of them says anything other than still photos and text messaging at least in the sense of messaging by text by words as opposed to something more interactive but i i'd last like to at the same time address this this preservation concern and what mr robinson said about the fundamental institutional important rights that are in play here the constitution enshrines a right to effective counsel and here we have a statement on the record by miss matoyer that she believed both offenses were sex offenses we have a statement on the record that she believed the factual basis was enough for both there there's not a secret deal here that was struck her client ended up on the registry so we would ask this court to reverse this thank you very much counsel we'll take this matter under advisement and the court is in recess